# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY MULCHER,<br>    Plaintiff<br><br>v.<br><br>SMITH BAIL BONDS, LLC, ET AL.,<br>    Defendant | CIVIL NO. 3:15-CV-0093<br><br>(JUDGE NEALON)<br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, **THIS 9TH DAY OF MARCH, 2015,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED**;

2. The Report and Recommendation, (Doc. 6), is **ADOPTED**;

3. The complaint, (Doc. 1), is **DISMISSED without prejudice**;

4. Plaintiff is directed to file a second amended complaint, in accordance with the Memorandum, within **twenty (20) days of the date of this Order**; and

5. The matter is **REMANDED** to Magistrate Judge Carlson for further proceedings, including consideration of Plaintiff's amended complaint, (Doc. 8), and any second amended complaint Plaintiff files.

/s/ William J. Nealon
**United States District Judge**