IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY MUCHLER
    Plaintiff

           CIVIL NO. 3:15-CV-0093

v.

           (JUDGE NEALON)
SMITH BAIL BONDS, LLC,    (MAGISTRATE JUDGE CARLSON)
ET AL.,
    Defendants

## ORDER

**NOW, THIS 25TH DAY OF MAY, 2016,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 70), is **ADOPTED**;

2. Defendants' motion to dismiss, (Doc. 61), is **GRANTED**;

3. Plaintiff's amended complaint, (Doc. 31), is **DISMISSED** for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

4. The Clerk of Court is directed to **CLOSE** this case.

           /s/ William J. Nealon
           **United States District Judge**

FILED
SCRANTON

MAY 2 6 2016

PER _____
    DEPUTY CLERK